UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WENDY SUE MILLER,

    Plaintiff,

    v.

ANDREW SAUL,
Commissioner of Social Security,[1]

    Defendant.

3:17-CV-1564
(JUDGE MARIANI)
(MAGISTRATE JUDGE ARBUCKLE)

## ORDER

AND NOW, THIS 4th DAY OF NOVEMBER 2019, upon *de novo* review of Magistrate Judge Arbuckle's Report and Recommendation ("R&R") (Doc. 18), Plaintiff's objections thereto (Doc. 19) and all other relevant documents, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 18) is **ADOPTED** for the reasons set forth therein;

2. Plaintiff's objections (Doc. 19) are **OVERRULED** for the reasons discussed herein;

3. Plaintiff's appeal is **DENIED**;

---

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and 42 U.S.C. § 405(g), Commissioner Andrew Saul is automatically substituted as the named defendant in place of the former Acting Commissioner of Social Security, Nancy A. Berryhill. *See* Fed. R. Civ. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party").

4. The Commissioner of Social Security's decision is **AFFIRMED**;

5. The Clerk of Court is directed to **CLOSE** this case.

_/s/ Robert D. Mariani_
Robert D. Mariani
United States District Court Judge